IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  04-cr-00514-WYD

UNITED STATES OF AMERICA,

     Plaintiff,

v.

10. RANDY CORDOVA,
     a/k/a "Sloppy,"

     Defendant.

---

## MINUTE ORDER

---

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

     A Supervised Release violation hearing shall take place on **Thursday, October 27, 2011, at 3:00 p.m.**, at 901 19th Street, Courtroom A1002, Tenth Floor, Denver, Colorado.

     September 12, 2011