# UNITED STATES DISTRICT COURT
for the

### District of Colorado

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case No:  04-cr-00514-WYD-03 |
| PERRY SYRIE | ) USM No:  33160-013 |
| | ) Raymond P. Moore, FPD |
| Date of Previous Judgment:  October 24, 2008 | ) |
| *(Use Date of Last Amended Judgment if Applicable)* | ) Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of  **X** the defendant  ❏  the Director of the Bureau of Prisons  ❏  the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

❏  DENIED.   **X**  GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of   145 months   **is reduced to**   116 months   .

## I.  COURT DETERMINATION OF GUIDELINE RANGE *(Prior to Any Departures)*

| | | | |
|---|---|---|---|
| Previous Offense Level: | 33 | Amended Offense Level: | 31 |
| Criminal History Category: | VI | Criminal History Category: | VI |
| Previous Guideline Range: | 235 to 293 months | Amended Guideline Range: | 188 to 235 months |

## II.  SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

❏  The reduced sentence is within the amended guideline range.

**X**  The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

❏  Other *(explain)*:

## III.  ADDITIONAL COMMENTS

Except as provided above, all provisions of the judgment dated   February 8, 2006,  shall remain in effect.

**IT IS SO ORDERED**.

| | |
|---|---|
| Order Date:   December 21, 2011 | s/ Wiley Y. Daniel |
| | *Judge's signature* |
| Effective Date: November 1, 2011 | Wiley Y. Daniel, Chief United States District Judge |
| *(if different from order date)* | *Printed name and title* |