IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02629-WYD
(Criminal Action No. 04-cr-00514-WYD-1)

UNITED STATES OF AMERICA,

v.

DEON ROLLEN,

    Movant.
_____

**JUDGMENT**
_____

Pursuant to and in accordance with the Order of Dismissal entered by the Honorable Wiley Y. Daniel on November 14, 2012 [ECF No. 2196] the following Judgment is hereby entered:

IT IS ORDERED that the motion under 28 U.S.C. § 2255, filed on September 13, 2012, and the civil action are dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure, for the failure of Movant Deon Rollen to comply with the Order Directing Movant to Cure Deficiency (dated October 9, 2012).

IT IS FURTHER ORDERED that leave to proceed in forma pauperis on appeal is denied. Mr. Rollen may file a motion in the Tenth Circuit.

Dated at Denver, Colorado this ___14th___ day of November, 2012.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

By: _s/ Edward P. Butler_
    Edward P. Butler, Deputy Clerk